# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Michael W. Olson

                    Plaintiff,                          Civil 10-04126 (PAM/LIB)

v.
                                                        **ORDER OF DISMISSAL**

H.O. Wolding, Inc.

                    Defendant.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court

reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action,

for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: July ____26____ , 2011

                            _s/Paul A. Magnuson_____
                            Paul A. Magnuson, Judge
                            United States District Court